

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2014

No. 04-13-00497-CV

**CNMK TEXAS PROPERTIES LLC** d/b/a Cinemark Movies 12,
Appellant

v.

Sandra **RODRIGUEZ** and Ruperto R. Rodriguez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2011CVT00752 D4
Honorable Oscar J Hale, Jr., Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Rebeca C. Martinez, Justice

This appeal is currently set for oral arguments on April 30, 2014. On March 25, 2014, appellant's counsel informed this court that the parties have reached a settlement in this case. Counsel states a joint motion to dismiss will be filed as soon as the parties' settlement agreement is finalized, and asks this court, in the meantime, to remove this appeal from the court's April 30, 2014, oral argument docket.

The appeal will be removed from the court's April 30, 2014, oral argument docket after the parties file the appropriate motion to dismiss. The parties are encouraged to file a motion to dismiss that complies with Texas Rule of Appellate Procedure 42.1 by April 23, 2014.

It is so ORDERED on this 26th day of March, 2014.

**PER CURIAM**

ATTESTED TO:_____
             Keith E. Hottle
             Clerk of Court